UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CHURCH,<br><br>    Petitioner,<br><br>    v.<br><br>HUNTER ANGLEA, Warden,<br><br>    Respondent. | No. 1:18-cv-01408-SKO (HC)<br><br>**ORDER AUTHORIZING FILING OF PETITION** *IN FORMA PAUPERIS*<br><br>**(Doc. 2)** |

    Petitioner, Jack Church, is a state prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, the Court hereby AUTHORIZES Petitioner to file the petition *in forma pauperis*. The Court will screen the petition in due course.

IT IS SO ORDERED.

Dated: **October 15, 2018**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1